COLIN M. RUBICH
Assistant U.S. Attorney
U.S. Attorney's Office
James F. Battin U.S. Courthouse
2601 Second Ave. N., Ste. 3200
Billings, MT 59101
Phone: (406) 247-4684
Fax: (406) 657-6989
E-mail: Colin.Rubich@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA



FILED

OCT 05 2022

Clerk, U.S. District Court
District Of Montana
Great Falls

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 22- 114 -BLG- SPW |
|---|---|
| Plaintiff, | INDICTMENT |
| vs. | CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE FENTANYL (Count 1) Title 21 U.S.C. § 846 (Penalty: Mandatory minimum five years to 40 years of imprisonment, $5,000,000 fine, and at least four years of supervised release) |
| JOEL DAVID LUND, GUNNAR RUTLEDGE JOHNSON, CHARIS LOU ADAIR FURLONG, and SHAYLENE JO SUCHY, Defendants. | CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE METHAMPHETAMINE (Count 2) Title 21 U.S.C. § 846 (Penalty: Mandatory minimum five years to 40 years of imprisonment, $5,000,000 fine, and at least four years of supervised release) |

1

|  | POSSESSION WITH INTENT TO DISTRIBUTE FENTANYL (Count 3) Title 21 U.S.C. § 841(a)(1) Title 18 U.S.C. § 2 (Penalty: Mandatory minimum five years to 40 years of imprisonment, $5,000,000 fine, and at least four years of supervised release) POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE (Count 4) Title 21 U.S.C. § 841(a)(1) Title 18 U.S.C. § 2 (Penalty: Mandatory minimum five years to 40 years of imprisonment, $5,000,000 fine, and at least four years of supervised release) POSSESSION OF A FIREARM IN FURTHERANCE OF A DRUG TRAFFICKING CRIME (Counts 5-6) Title 18 U.S.C. § 924(c)(1)(A)(i) (Penalty: Mandatory minimum five years to life imprisonment, consecutive to any other sentence, $250,000 fine, and five years of supervised release) FORFEITURE Title 21 U.S.C. § 853(a)(1) and (2) Title 21 U.S.C. § 881(a)(11) Title 18 U.S.C. § 924(d) TITLE 21 PENALTIES MAY BE ENHANCED BY PRIOR DRUG-RELATED FELONY CONVICTIONS |

THE GRAND JURY CHARGES:

## COUNT 1

On or about September 7, 2022, at Billings and within Yellowstone County, in the State and District of Montana, the defendants, JOEL DAVID LUND, GUNNAR RUTLEDGE JOHNSON, CHARIS LOU ADAIR FURLONG, and SHAYLENE JO SUCHY, knowingly and unlawfully conspired and agreed with each other and with other persons, known and unknown to the Grand Jury, to possess with the intent to distribute, in violation of 21 U.S.C. § 841(a)(1), 40 grams or more of a substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide, commonly known as "fentanyl," a Schedule II controlled substance, in violation of 21 U.S.C. § 846.

## COUNT 2

On or about September 7, 2022, at Billings and within Yellowstone County, in the State and District of Montana, the defendants, JOEL DAVID LUND, CHARIS LOU ADAIR FURLONG, and SHAYLENE JO SUCHY, knowingly and unlawfully conspired and agreed with each other and with other persons, known and unknown to the Grand Jury, to possess with the intent to distribute, in violation of 21 U.S.C. § 841(a)(1), 50 grams or more of a substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 846.

## COUNT 3

On or about September 7, 2022, at Billings and within Yellowstone County, in the State and District of Montana, the defendants, JOEL DAVID LUND, GUNNAR RUTLEDGE JOHNSON, CHARIS LOU ADAIR FURLONG, and SHAYLENE JO SUCHY, knowingly and unlawfully possessed, with the intent to distribute, 40 grams or more of a substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide, commonly known as "fentanyl," a Schedule II controlled substance, and aided and abetted the same, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2.

## COUNT 4

On or about September 7, 2022, at Billings and within Yellowstone County, in the State and District of Montana, the defendants, JOEL DAVID LUND, CHARIS LOU ADAIR FURLONG, and SHAYLENE JO SUCHY, possessed, with the intent to distribute, 50 grams or more of substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, and aided and abetted the same, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2.

## COUNT 5

On or about September 7, 2022, at Billings and within Yellowstone County, in the State and District of Montana, the defendant, JOEL DAVID LUND,

knowingly possessed a firearm in furtherance of a drug trafficking crime that may be prosecuted in a court of the United States, namely conspiracy to possess with intent to distribute fentanyl and methamphetamine, and possession with intent to distribute fentanyl and methamphetamine, as alleged in Counts 1-4 above, in violation of 18 U.S.C. § 924(c)(1)(A)(i).

## COUNT 6

On or about September 7, 2022, at Billings and within Yellowstone County, in the State and District of Montana, the defendant, CHARIS LOU ADAIR FURLONG, knowingly possessed a firearm in furtherance of a drug trafficking crime that may be prosecuted in a court of the United States, namely conspiracy to possess with intent to distribute fentanyl and methamphetamine and possession with intent to distribute fentanyl and methamphetamine, as alleged in Counts 1-4 above, in violation of 18 U.S.C. § 924(c)(1)(A)(i).

## FORFEITURE ALLEGATION

Upon conviction of any of the offenses set forth in counts 1-4 of this indictment, the defendants, JOEL DAVID LUND, GUNNAR RUTLEDGE JOHNSON, CHARIS LOU ADAIR FURLONG, and SHAYLENE JO SUCHY, shall forfeit, pursuant to 21 U.S.C. § 853(a)(1) and (2), and 21 U.S.C. § 881(a)(11): (1) any property constituting and derived from any proceeds obtained, directly and indirectly, as a result of the commission of said offense; (2) any property used and

intended to be used, in any manner and part, to commit, and facilitate the commission of, said offense; and (3) any firearm used and intended to be used to facilitate the transportation, sale, receipt, possession, and concealment of controlled substances and any proceeds traceable to such property.

Upon conviction of any of the offenses set forth in Counts 5-6 of this indictment, the defendants, JOEL DAVID LUND, and CHARIS LOU ADAIR FURLONG, shall forfeit, pursuant to 18 U.S.C. § 924(d), any firearms and ammunition involved in any knowing violation of said offense.

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

_____
JESSE A. LASLOVICH
United States Attorney

_____
CYNDEE L. PETERSON
Criminal Chief Assistant U.S. Attorney